COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



| | | |
|---|---|---|
| ROSA SERRANO AND TLP-EPL ENTERPRISES, INC. DBA THE LENS FACTORY; AND ALL OCCUPANTS OF 11450 JAMES WATT, SUITE C1 AND C2 EL PASO, TEXAS 79936, | § § § § | No. 08-11-00191-CV Appeal from the County Court at Law Number Five |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2011-J00021) |
| FRANCIS PROPERTIES I, LTD., | § | |
| Appellee. | | |

## **O R D E R**

The Court has considered the Appellant's Plea to the Jurisdiction, and concludes that the Court is without authority to grant the plea. Therefore, the Appellant's Plea to the Jurisdiction is denied.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.